**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST MAEA, | ) NO. EDCV 12-1829-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DOMINGO URIBE JR., | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: October 31, 2012.

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE